UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CATHERINE BROWN, an individual,

    Plaintiff,

v.                          Case No: 2:14-cv-527-FtM-29CM

DOCTOR'S CHOICE HOME CARE, INC., a Florida corporation,

    Defendant.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #30), filed August 21, 2015, recommending that the parties' Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice be granted. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #30) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. #28) is **granted** and the Settlement Agreement Pursuant to the Fair Labor Standards Act and the Florida Minimum Wage Act (Doc. #28-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   9th   day of September, 2015.

                                                                                          /s/ John E. Steele
                                                                                          JOHN E. STEELE
                                                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando

United States Magistrate Judge

Counsel of Record
Unrepresented parties